B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>United States Virgin Islands - St. Croix | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**RAINBOW GARDENS, INC.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>c/o LAW OFFICES OF HAMM & BARRY<br>6050 Anchor Way, Gallows Bay, St. Croix, VI 00851 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>LAW OFFICES OF HAMM & BARRY<br>6050 Anchor Way, Gallows Bay,<br>Christiansted, St. Croix, VI 00851 |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>St. Croix, U.S. Virgin Islands                               ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**SAME**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| **Nature of Debts**<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
       or
   b ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor  RAINBOW GARDENS

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Richard Borck  /s/ Kim Borck | x /s/ [signature] |
|---|---|
| Signature of Petitioner or Representative (State title)  08/07/09 | Signature of Attorney    08/07/09   Date |
| Richard Borck and Kim Borck | Kevin A. Rames, Esq. |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Suite 3, 2111 Company Street, Christiansted, VI  Address |
| | (340) 773-7284  Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Richard Borck and Kim Borck | Business debt | 11,289.59 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

# PREMIER HOMES, LLC

P.O. Box 367   Christiansted,   St. Croix, U.S. Virgin Islands,  00821        Phone:(340) 642 5076
                                                                               Fax: (340) 773 4881

June 22, 2006

Mr. Joseph Jaber
Jaber Reality
Christiansted

Re:   Plots at "Rainbow Gardens"

Dear Joe,

> $10,000
> B/d
>
> On this date 6/22/06, I received $15,000.00 Bank Draft from R. Borck, Pres. Premier Homes, LLC as deposit on a land contract agreement, as per below.
>
> Joe Jaber
>
> pd + on Return
> $5,000  ac
> 2/5/08  $40.00

After our meeting today my business partner (wife) and I went out to look over the available parcels. As your aware our Development Co. " Premier Homes, LLC" needs at least three plots for our 3 Model Homes.

We found three we liked and this note is to inform you of the plot #'s.

Plots #38, #39, and #45 are our first choices. As alternates, we have chosen plots 71 and 3a-2 or 3a-3.

As per our discussion today, Premier Homes, LLC (sole owners are myself and my wife Kimberly) want to accept your offer as stated; *that*:

   Each Plot will be sold for the appraised value as of this date.
   One plot would have no interest on the balance due added for the first year,
   Second plot for 18 months and the Third plot for 24 months.
   In all cases the sellers agrees to subordinate to a construction lender.

Thus, allowing PHVI to construct homes in a timely manner in each case.  We really appreciate this offer Joe !!   And we hope this is the start of a very good 'Developing' relationship

Therefore in anticipation of a land contract for the three 'first choice plots', as stated above, I have moved funds into place so that tomorrow I can provide a $5,000.00 deposit on each land contract.

Please prepare the land contracts accordingly and tell me how to deliver the funds, via wire transfer or Bank Draft, or simple bank check.

My schedule tomorrow is rather hectic I have appointments at 8am, 8:45 am and 10am that goes out to about noon or so. Additionally, I have a meeting with Mr. Graham at VIHFA sometime in the afternoon, before 3PM.

*Richard D. Borck*
Richard D. Borck, Pres.
Premier Homes, LLC

Custom Home Development. Utilizing "Green" Building Technology.
Renewable Energy Resources. Innovative Designs & Conservation Techniques.
"Making *Your New Home & Our Islands* a Better Place to Live".



Example of checks - JOE GAVE ME TO USE to REIMBURSE MYSELF. Richard

ORIGINAL   596994 S

AO 82B (Rev. 4/91)

**RECEIPT FOR PAYMENT**
**UNITED STATES BANKRUPTCY COURT**

RECEIVED FROM: K. Thames, P.C.

Case Number or other Reference: Chp. 7 Filing Fee Re: Rainbow Gardens, Inc.

| | Fund # | Amount |
|---|---|---|
| Registry Funds | 5093XX | 89.01 |
| Deposit Funds | 6855-74 | 60.00 |
| Filing Fees | 086900 | |
| Forfeitures of Unclaimed Monies | 106000 | |
| Interest Deposits to U.S. | 143500 | |
| Copy Fees | 322350 | |
| Miscellaneous Fees | 322360 | |
| Recovery—Court Costs | 322380 | |
| Recoveries Stand Trustee | 322381 | |
| U.S. Trustee System Fund | 507310 | |
| Crime Victims Fund | 504100 | |
| Filings Spec. Acct. | 510000 | |
| Registry Admin. Acct. | 510100 | 102.51 |
| Total | 086900 | 25.00 |

*Last two digits same as last two digits of DO symbol

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.   #12781

DATE: 8/10/2009   CHECK ✓   DEPUTY CLERK: C. Serrano

ORIGINAL

596993 S

AO 828
(Rev. 4/91)

RECEIPT FOR PAYMENT
UNITED STATES BANKRUPTCY COURT

RECEIVED FROM: K. Ramis, P.C.

Case Number or other Reference: Chpt 7 Filing Fee Re: Rainbow Gardens, Inc.

| | Fund # | | Amount | |
|---|---|---|---|---|
| Registry Funds | — | | | |
| Deposit Funds | 6855— — * | | | |
| Filing Fees | 086900 | | 22. | 48 |
| Forfeitures of Unclaimed Monies | 106000 | | | |
| Interest Deposits to U.S. | 143500 | | | |
| Copy Fees | 322350 | | | |
| Miscellaneous Fees | 322360 | | | |
| Recovery—Court Costs | 322380 | | | |
| Recoveries Stand Trustee | 322381 | | | |
| U.S. Trustee System Fund | 507310 | | | |
| Crime Victims Fund | 504100 | | | |
| Filings Spec. Acct. | 510000 | | | |
| Registry Admin. Acct. | 510100 | | | |
| Total | | | 22. | 48 |

*Last two digits same as last two digits of DO symbol

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.   #12782

DATE: 8/10/2009   CASH   CHECK ✓   M.O.   CREDIT   DEPUTY CLERK: Serrano

**K. A. RAMES, P.C.**
OPERATING ACCOUNT
2111 COMPANY STREET, SUITE 3
CHRISTIANSTED, VI 00820
TEL 340-773-7284

12782

FIRSTBANK PUERTO RICO
KING CHRISTIAN BRANCH
ST. CROIX, U.S. VIRGIN ISLANDS
101-7285/2216

8/10/2009

PAY TO THE ORDER OF ___Clerk of the District Court___         $ **22.48

Twenty-Two and 48/100**************************************** DOLLARS

MEMO  filing fee

⑆012782⑆ ⑈221672851⑈ 726⑉112648⑉

K. A. RAMES, P.C.
Clerk of the District Court                    Rainbow Gardens Inc Involuntary Petition          8/10/2009    12782    22.48

FIRST BANK - 12648    filing fee                                                                                          22.48

**K. A. RAMES, P.C.**
OPERATING ACCOUNT
2111 COMPANY STREET, SUITE 3
CHRISTIANSTED, VI 00820
TEL 340-773-7284

12781

8/10/2009

PAY TO THE ORDER OF  Clerk of the District Court                $ ***276.52

Two Hundred Seventy-Six and 52/100************************************************ DOLLARS

FIRSTBANK PUERTO RICO
KING CHRISTIAN BRANCH
ST. CROIX, U.S. VIRGIN ISLANDS
101-7285/2216

MEMO  filing fee

⑆012781⑆ ⑈221672851⑈ 726⑈⑈125488⑈

K. A. RAMES, P.C.

Clerk of the District Court                Rainbow Gardens Inc Involuntary Petition                8/10/2009

filing fee                                                                                          276.52

                                                                                                    12781
                                                                                                    276.52

FIRST BANK - 12648    filing fee                                                                    276.52